# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JESSE ROSE and ASHLY SIGMON,** individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>**SYSCO CORPORATION,**<br><br>   Defendant. | Case No. 1:23-cv-00534-RGA<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## RULE 41 NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Jesse Rose and Ashly Sigmon dismiss their claims without prejudice.

Dated: June 23, 2023

*/s/ P. Bradford deLeeuw*
P. Bradford deLeeuw (#3569)
1301 Walnut Green Road
Wilmington, DE 19807
(302) 274-2180
brad@deleeuwlaw.com

*Counsel for Plaintiffs*